UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13 CV 0126 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| FUNDS IN THE AMOUNT OF ) | |
| $271,080.00, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ) | |
| PEDRO CRUZ-HERNANDEZ and ) | |
| ABRAHAM CRUZ-HERNANDEZ, ) | |
| ) | |
| Claimants. ) | |

## ORDER

Enter memorandum opinion and order. Plaintiff's motion for summary judgment [43] is denied. Claimants are ordered to show cause why the court should not enter summary judgment in favor of the government on the merits of their ownership claim by 10/9/2014. Status hearing set for 10/14/2014 at 9:30 a.m.

ENTER:

/s/
JOAN B. GOTTSCHALL
United States District Judge

DATED: September 18, 2014