UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 13 C 126 |
| v. | ) | |
| | ) | Judge Gottschall |
| FUNDS IN THE AMOUNT OF $271,080, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    SEE ATTACHED

On **August 3, 2016**, at **11:00 A.M.** at the opening of court or as soon thereafter as counsel may be heard, I will appear before **Judge Joan B. Gottschall** in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and present **MOTION OF THE UNITED STATES FOR ENTRY OF STIPULATED DECREE OF FORFEITURE** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:    s/Daniel E. May
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois   60604
(312) 353-5300
daniel.may@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**MOTION OF THE UNITED STATES OF AMERICA FOR
ENTRY OF STIPULATED DECREE OF FORFEITURE**

was served on July 27, 2016 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/ Daniel E. May
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300
daniel.may@usdoj.gov