UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 13 C 126 |
| v. | ) | |
| | ) | Judge Gottschall |
| FUNDS IN THE AMOUNT OF | ) | |
| $271,080 IN UNITED STATES | ) | |
| CURRENCY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| Abraham N. Cruz-Hernandez and | ) | |
| Pedro Cruz-Hernandez, | ) | |
| | ) | |
| Claimants. | ) | |

## STIPULATED DECREE OF FORFEITURE

This matter coming before the court on the United States' agreed motion for entry of a stipulated decree of forfeiture as to funds in the amount of $271,080, and the court being fully informed, finds as follows:

(a)    On January 7, 2013, the Government filed a Verified Complaint for Forfeiture pursuant to 21 U.S.C. § 881(a)(6) for forfeiture of funds in the amount of $271,080 ("defendant funds");

(b)    On January 8, 2013, the court issued an arrest warrant in rem to be executed by the United States Marshal against the defendant funds;

(c)    Pursuant to Rule G(4)(b) of the Supplemental Rules Governing Certain Admiralty and Maritime Claims for Forfeiture Actions, notice of this Action was sent to Abraham N.

Cruz-Hernandez ("Abraham"), Pedro Cruz-Hernandez ("Pedro") and their attorney, Douglas E. Zeit, on January 8, 2013. Further, in accordance with Rule G(5), the United States published notice of this forfeiture action on an official government website, directing that any claim be filed in accordance with Rule G(5);

      (d)     Abraham and Pedro have filed verified claims and answers;

      (e)     To date, no other parties have filed a claim to contest the forfeiture of the defendant funds and the time for filing such a claim has since expired under applicable law;

      (f)     The Government and Abraham and Pedro through their attorney Douglas E. Zeit have agreed to settle this case on the terms and conditions set forth below upon approval of the Court.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1.     The government's motion for entry of a stipulated decree of forfeiture is granted.

2.     The United States shall return an amount of $140,000 to claimants Abraham and Pedro.

3.     The funds in the amount of $140,000 shall be released by the United States Marshal upon entry of an order of this Court to claimants' attorney, Douglas E. Zeit, in full settlement and satisfaction of any and all claims arising out of the seizure of the defendant funds.

4.     The remaining funds in the amount of $131,080 are hereby forfeit to the United States of America pursuant to 21 U.S.C. § 881(a)(6) and shall be disposed of according to law.

2

5. This Court shall retain jurisdiction in this matter to implement and enforce the stipulation and decree of forfeiture.

ENTER:

_____

JOAN B. GOTTSCHALL
United States District Judge

DATED: _____

3